GUY B. WALLACE (SBN 176151)
gwallace@schneiderwallace.com
SARAH COLBY (SBN 194475)
scolby@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

ADAM B. WOLF (SBN 215914)
awolf@prwlegal.com
CATHERINE CABALO (SBN 248198)
ccabalo@prwlegal.com
PEIFFER ROSCA WOLF ABDULLAH CARR & KANE
4 Embarcadero Center, 14th Floor
San Francisco, California 94111
Telephone:  (415) 766-3592
Facsimile:   (415) 402-0058

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDUL NEVAREZ and PRISCILLA NEVAREZ, <br><br> Plaintiffs, <br><br> v. <br><br> FORTY NINERS FOOTBALL COMPANY, LLC, a Delaware limited liability company, et. al., <br><br> Defendants. | CASE NO.:  5:16-cv-07013-LHK <br><br> **STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS;** <br><br> **DECLARATION OF GUY B. WALLACE IN SUPPORT THEREOF** |

    **WHEREAS**, on December 30, 2016, Plaintiffs Abdul Nevarez and Priscilla Nevarez filed their First Amended Complaint in the above-captioned matter, and named as Defendants the Forty Niners Football Company, LLC, a Delaware limited liability company; Forty Niners SC Stadium Company, LLC, a Delaware limited liability company; the National Football League; City of Santa Clara; Santa Clara Stadium Authority; Ticketmaster Entertainment, Inc.; Forty Niners Stadium Management Company LLC; and Does 1-10, Inclusive;

    **WHEREAS**, on February 7, 2017, Defendant National Football League filed its Notice of Motion and Motion to Dismiss;

    **WHEREAS**, on February 7, 2017, Forty Niners Football Company LLC, Forty Niners SC Stadium Company LLC, and Forty Niners Stadium Management LLC filed their Notice of Motion and Motion to Dismiss;

    **WHEREAS**, on February 7, 2017, Defendants City of Santa Clara and Santa Clara Stadium Authority filed their Notice of Motion and Motion to Dismiss;

    **WHEREAS**, on February 15, 2017, the firm of Schneider Wallace Cottrell Konecky Wotkyns ("Schneider Wallace") agreed to serve as additional counsel for Plaintiffs in the above-captioned matter;

    **WHEREAS**, Guy B. Wallace of the Schneider Wallace firm will take the lead in opposing Defendants' various motions, and requires additional time to analyze Defendants' motions and the authorities cited therein;

    **WHEREAS**, the parties have agreed to meet and confer regarding the arguments and authorities raised in Defendants' three pending motions so as to determine if they any have areas of agreement that would narrow any issues to be decided by this Court regarding the pleadings;

    **WHEREAS**, Defendants' motions are set to be heard by this Court on May 4, 2017, and Plaintiffs' opposition papers are presently due on February 21, 2017, but the parties have agreed that Plaintiffs need more time for the reasons set forth above, and Defendants require two weeks to prepare their reply papers regarding their motions to dismiss;

**NOW, THEREFORE**, Plaintiffs and Defendants, by and through their counsel of record and subject to Court approval, hereby stipulate that:

1. Plaintiffs shall file their responsive pleadings on or before March 23, 2017;

2. Defendants shall file their replies in support of its Motions to Dismiss on or before April 6, 2017;

The e-filing attorney hereby attests that he retains on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

**IT IS SO STIPULATED.**

DATED: February 17, 2017

LOMBARDI, LOPER & CONANT, LLP

By: */s/ Maria M. Lampasona*
Maria M. Lampasona
Attorneys for Defendants

DATED: February 17, 2017

SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

By: */s/ Guy B. Wallace*
Guy B. Wallace
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 21, 2017

By: *Lucy H. Koh*
Lucy H. Koh
United States District Judge

**DECLARATION OF GUY B. WALLACE**

I, Guy B. Wallace, hereby declare as follows:

1. I am a partner at the law firm of Schneider Wallace Cottrell Konecky LLP ("Schneider Wallace"), and am admitted to practice before this Court.  I submit this Declaration in support of the parties' Stipulation Regarding Briefing Schedule.  I make this Declaration on personal knowledge and, if called as a witness, could and would testify competently to such facts under oath.

2. I hereby state that the parties agree that enlargement of time is justified here because the Schneider Wallace firm has only recently agreed on February 15, 2017 to serve as additional counsel for Plaintiffs in the above-captioned matter.  The additional time requested will provide Plaintiffs sufficient time to review and respond to the arguments raised in Defendants' three pending motions to dismiss.  The Schneider Wallace firm anticipates that it will have primary responsibility for opposing Defendants' motions.

3. It is my understanding based on my firm's review of the record herein that there have not been any previous modifications to the schedule in this case by stipulation.

4. I hereby state that the parties agree that this requested time modification should have no deleterious effect on the schedule for the case, given that this case is in the early stages of litigation.

5. Moreover, there is good cause to allow Plaintiffs and Defendants the additional time requested.  As state above, the additional time will permit Plaintiffs' new counsel to analyze Defendants' motions and to meet and confer with Defendants regarding any potential areas of agreement that can be addressed by the filing of an amended pleading, thus narrowing the issues to be decided by this Court in connection with Defendants' pending motions to dismiss.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 17, 2017 in Emeryville, California.

By: ____*/s/ Guy B. Wallace*____
Guy B. Wallace
Attorneys for Plaintiffs

## SIGNATORY ATTESTATION

The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatory indicated by a conformed signature (/s/) within the foregoing e-filed document.

Dated: February 17, 2017    /s/ *Guy B. Wallace*
Guy B. Wallace

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on February 17, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Date: February 17, 2017    Respectfully Submitted,

/s/ *Guy B. Wallace*
Guy B. Wallace (SBN 176151)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
gwallace@schneiderwallace.com

Counsel for Plaintiffs