UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL NEVAREZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FORTY NINERS FOOTBALL COMPANY, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-07013-LHK (SVK)<br><br>**INTERIM ORDER IN RE DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 297, 298 |

On December 21, 2018, the Parties filed two joint discovery letters regarding the sufficiency of Defendants' production of ticketing information from the Archtics ticketing database. ECF 297; ECF 298. In receipt of these discovery disputes, the Court requests additional information from the Parties.

In a joint filing, the Parties are to provide the information enumerated below.

Plaintiffs are to provide:

1. The date of the deposition of Jamie Brandt;
2. The date of the deposition of Clay Luter;
3. In no more than one page, an explanation as to how either of these motions, filed on December 21, 2018, are timely under this Court's standing order and ECF 123. This explanation is to be provided to Defendants by 5:00 p.m. on Saturday, January 5, 2019.

Defendants are to provide:

1. Defendants' supplemental responses to Interrogatories 4 and 5;
2. In no more than one page, a response to Plaintiff's proffer regarding the timeliness of these motions.

The Parties may not provide any additional facts or argument other than what is requested above. The Parties' joint filing is due by **noon on Monday, January 7, 2019**.

**SO ORDERED.**

Dated: January 4, 2019

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge