| | |
|---|---|
| Guy B. Wallace (SBN 176151) | Adam B. Wolf (SBN 215914) |
| Mark T. Johnson (SBN 76904) | Catherine Cabalo (SBN 248198) |
| **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP** | **PEIFFER WOLF CARR & KANE, A PROFESSIONAL LAW CORP.** |
| 2000 Powell Street, Suite 1400 | 4 Embarcadero Center, 14th Floor |
| Emeryville, CA 94608 | San Francisco, CA 94111 |
| Telephone: (415) 421-7100 | Telephone: (415) 766-3592 |
| Facsimile:  (415) 421-7105 | Facsimile:  (415) 402-0058 |

Linda M. Dardarian (SBN 131001)
Andrew P. Lee (SBN 245903)
**GOLDSTEIN BORGEN DARDARIAN & HO**
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile:  (510) 835-1417

Attorneys for Plaintiffs and the Classes

[Defense counsel listed on following page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDUL NEVAREZ, PRISCILLA NEVAREZ, on behalf of themselves and all others similarly situated, and SEBASTIAN DEFRANCESCO,<br><br>Plaintiffs,<br><br>vs.<br><br>FORTY NINERS FOOTBALL COMPANY, LLC, a Delaware limited liability company, *et al.*,<br><br>Defendants. | CASE NO.  5:16-cv-07013-LHK (SVK)<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>DATE: June 5, 2019<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 8<br>JUDGE: Hon. Lucy H. Koh |

1 **LOMBARDI, LOPER & CONANT, LLP**
  MARIA M. LAMPASONA, SBN 259675
2 mlampasona@llcllp.com
  TAYLOR J. POHLE, SBN 299794
3 tpohle@llcllp.com
  2030 Franklin Street, 6th Floor
4 Oakland, California 94612
  Telephone:    (510) 433-2600
5 Facsimile:    (510) 433-2699

6 DION COMINOS (SBN 136522)
  dcominos@grsm.com
7 BRIAN P. MASCHLER  (SBN 111824)
  bmaschler@grsm.com
8 GORDON REES SCULLY MANSUKHANI, LLP
  275 Battery Street, 20th Floor
9 San Francisco, CA 94111
  Telephone:  (415) 986-5900
10 Facsimile:  (415) 986-8054

11 Attorneys for Defendants FORTY NINERS
   FOOTBALL COMPANY LLC, FORTY NINERS
12 SC STADIUM COMPANY LLC, FORTY NINERS
   STADIUM MANAGEMENT COMPANY LLC,
13 CITY OF SANTA CLARA, SANTA CLARA
   STADIUM AUTHORITY

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The parties to the above-entitled action have met and conferred as directed by the Court and jointly submit this further Joint Case Management Conference Statement pursuant to this Court's Order of April 4, 2019, Dkt. No. 337 ("April 4th Order").

## I.   JOINT CASE MANAGEMENT STATEMENT

The parties continue to work diligently to resolve this matter by settlement and have made progress in this regard.  Since the last Case Management Conference on April 3, 2019, the parties have met twice to resolve issues regarding injunctive relief.  The parties' efforts are continuing. The parties have agreed to meet again on June 4, 2019, and are in the process of exchanging further settlement drafts and documents.

Plaintiffs are also preparing to file a motion for summary judgment on or before June 20, 2019 on the six barriers they selected pursuant to the Court's April 4th Order.

Defendants also are preparing to file a motion for summary judgment on or before June 20, 2019 on the six barrier they selected pursuant to the Court's April 4th Order.

The e-filing attorney hereby attests attest that (s)he has obtained concurrence in the filing of the document from the other signatory.

DATED:  May 29, 2019

SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP


By:   */s/ Guy B. Wallace*
            Guy B. Wallace
     Attorneys for Plaintiffs

DATED: May 29, 2019

LOMBARDI, LOPER & CONANT, LLP


By:   */s/ Maria M. Lampasona*
            Maria M. Lampasona
Attorneys for Defendants FORTY NINERS
FOOTBALL COMPANY LLC, FORTY NINERS
SC STADIUM COMPANY LLC, FORTY NINERS
STADIUM MANAGEMENT COMPANY LLC
CITY OF SANTA CLARA, SANTA CLARA
STADIUM AUTHORITY

1
2
3  DATED: May 29, 2019
4
5                                              GORDON REES SCULLY MANSUKHANI, LLP
6
                                               By:  _____*/s/ Brian P. Maschler*_____
                                                          Brian P. Maschler
                                               Attorneys for Defendants FORTY NINERS
                                               FOOTBALL COMPANY LLC, FORTY NINERS
                                               SC STADIUM COMPANY LLC, FORTY NINERS
                                               STADIUM MANAGEMENT COMPANY LLC
                                               CITY OF SANTA CLARA, SANTA CLARA
                                               STADIUM AUTHORITY

DATED: May 29, 2019

                                               O'HARA ♦ CREECH LLP

                                               By:  _____*/s/ Randall C. Creech*_____
                                                          Randall C. Creech
                                               Attorneys for Third Party Defendants
                                               TURNER/DEVCON, a JOINT VENTURE

## SIGNATORY ATTESTATION

The e-filing attorney hereby attests that concurrence in the content of the attached document and authorization to file the attached document has been obtained from the other signatory indicated by a conformed signature (/s/) within the attached e-filed document.

Dated: May 29, 2019 　　　　　　　　　　　　　/s/ *Guy B. Wallace*
　　　　　　　　　　　　　　　　　　　　　　　Guy B. Wallace

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the attached document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on May 29, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: May 29, 2019 　　　　　　　　　　　　　/s/ *Guy B. Wallace*
　　　　　　　　　　　　　　　　　　　　　　　Guy B. Wallace