1   MARIA L. LAMPASONA (SBN: 259675)
    mlampasona@llcllp.com
2   TAYLOR J. POHLE (SBN: 299794)
    tpohle@llcllp.com
3   LOMBARDI, LOPER & CONANT, LLP
    2030 Franklin Street, Sixth Floor
4   Oakland, CA  94612
    Telephone:  (510) 433-2600
5   Facsimile:  (510) 433-2699

6   DION COMINOS (SBN: 136522)
    dcominos@grsm.com
7   BRIAN P. MASCHLER  (SBN: 111824)
    bmaschler@grsm.com
8   GORDON REES SCULLY MANSUKHANI, LLP
    275 Battery Street, 20th Floor
9   San Francisco, CA 94111
    Telephone:  (415) 986-5900
10  Facsimile:  (415) 986-8054

11  Attorneys for Defendants
    FORTY NINERS FOOTBALL COMPANY LLC,
12  FORTY NINERS SC STADIUM COMPANY LLC,
    FORTY NINERS STADIUM MANAGEMENT
13  COMPANY LLC, CITY OF SANTA CLARA,
    and SANTA CLARA STADIUM AUTHORITY

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN JOSE DIVISION

18

19  ABDUL NEVAREZ, PRISCILLA          Case No.  5:16-cv-07013-LHK
    NEVAREZ, and SEBASTIAN
20  DEFRANCESCO, on behalf of         **DECLARATION OF CRIS C. VAUGHAN IN**
    themselves and all others similarly  **SUPPORT OF DEFENDANTS' MOTION FOR**
21  situated,                         **SUMMARY JUDGMENT**

22              Plaintiffs,

23      v.

24  FORTY NINERS FOOTBALL
    COMPANY, LLC, et al.,
25
                Defendants.
26

27

28

LOMBARDI, LOPER & CONANT, LLP
2030 Franklin Street, Sixth Floor
Oakland, CA  94612

I, CRIS C. VAUGHAN, declare:

1.     I have personal knowledge of the statements contained in this declaration, which are true and correct except where stated upon information and belief, and as to those statements, I am informed and believe that they are true.  If called upon to do so, I am competent to testify on the matters contained in this declaration.

2.     I am a specialist in disabled access for persons with disabilities. I am and have been a Certified Access Specialist ("CASp") since 2009. I have been designated as a Subject Matter Expert in disabled access by the California Division of State Architects ("DSA") since 2014. In my capacity as a Subject Matter Expert, I have participated in the development and review of the materials used by DSA as part of the examination given to persons testing to become a CASp in the State of California. Since 2012, I have taught courses on disabled access requirements under the American with Disabilities Act ("ADA") and California Building Code ("CBC").

3.     I own and operate ADA Consultant Services and I have performed more than 500 accessibility evaluations of both private and public entity facilities. These evaluations have included evaluation of ticketing facilities and practices. I received a Bachelor of Arts degree from Western Oregon University in 1977 and a Juris Doctorate degree from the University of the Pacific McGeorge School of Law in 1981. I have been a licensed attorney in the State of California since 1981 and have been a licensed attorney in the State of Nevada since 1985.

4.     In the above-captioned matter, *Abdul Nevarez* et al. v. *Forty Niners Football Company LLC* et al., I have been retained as an expert consultant by defendants FORTY NINERS FOOTBALL COMPANY LLC, FORTY NINERS SC STADIUM COMPANY LLC, FORTY NINERS STADIUM MANAGEMENT COMPANY LLC, CITY OF SANTA CLARA, and SANTA CLARA STADIUM AUTHORITY.  In this capacity, my assignment was to assess issues related to the accessibility of ticketing of Levi's Stadium.

5.     I authored a rebuttal report dated November 8, 2018 entitled "Rebuttal Expert Report" in which I address the alleged barriers related to ticketing identified by Plaintiffs. A true and correct copy of this report and its exhibits is attached as **Exhibit 1**.  The statements

LOMBARDI, LOPER & CONANT, LLP
2030 Franklin Street, Sixth Floor
Oakland, CA 94612

VAUGHAN DEC ISO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:16-CV-07013-LHK

contained in this report are true and correct to the best of my knowledge and they contain my findings as they relate to the accessibility of ticketing at Levi's Stadium to persons with mobility disabilities.

6.     With regard to the specific ticketing barriers at issue in this motion, my opinions (as identified in my reports), are set forth herein.

7.     It is my understanding that Plaintiffs contend persons with mobility disabilities or persons on their behalf should be able to exchange tickets for single-day events by contacting Forty Niners personnel by telephone. The Forty Niners Defendants contract out to Ticketmaster to handle the great majority of ticketing services for events held at Levi's Stadium, Ticketmaster does allow ticket purchases and exchanges by telephone and email. The Forty Niners Defendants provide for day-of-event purchases and exchanges of non-accessible seating tickets to accessible seating tickets at the Stadium Box Office. The Forty Niners treat all single event ticket holders, be they disabled or otherwise, exactly the same with respect to their ability to change the location or type of their seating for Stadium events. That is, *all* such ticket holders, disabled and non-disabled alike, may exchange their tickets in person at the Stadium on event days, on a first-come, first-served basis. *No* single event ticket holder, be he/she disabled or non-disabled, is able to exchange his/her tickets via telephone or online. Non-disabled persons are not permitted to purchase wheelchair-accessible seating by falsely representing they are a person with a disability. There is no discrimination based on disability that can be ascribed to the same day ticket exchange policy of the Forty Niner Defendants. The ADA prohibits discrimination based on disability but does not require the use of any particular technology for ticket exchange so long as persons with disabilities are not treated differently than persons without disabilities.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on June 20, 2019, in Loomis, California.

CRIS C. VAUGHAN

VAUGHAN DEC ISO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
CASE NO. 5:16-CV-07013-LHK

LOMBARDI, LOPER & CONANT, LLP
2030 Franklin Street, Sixth Floor
Oakland, CA 94612