UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDUL NEVAREZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORTY NINERS FOOTBALL COMPANY, LLC, et al.,<br><br>    Defendants. | Case No. 16-CV-07013-LHK<br><br>**ORDER RE: FINAL APPROVAL HEARING** |

At the July 16, 2020 final approval hearing, the parties should be prepared to answer the following questions:

1) Have there been any updates to the number of claim forms that have been received by the Settlement Administrator since the parties' July 2, 2020 supplemental brief?

2) On average, how many claimed visits were there per claim form?

3) What is the average anticipated recovery per Damages Class Member? What is the median anticipated recovery per Damages Class Member?

4) What is the expected total recovery for each Named Plaintiff (i.e., Requested Service Award plus Damages)?

5) How many ADA cases have each of the Named Plaintiffs brought to date?

**IT IS SO ORDERED.**

Dated: July 16, 2020

_____
LUCY H. KOH
United States District Judge