MARIA M. LAMPASONA, SBN 259675
lampasona@rankinlaw.com
DAMON M. THURSTON, SBN 186861
thurston@rankinlaw.com
RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14th Street, Suite 650
Oakland, CA  94612
Telephone Number:  (510) 433-2600
Facsimile Numbers:  (510) 433-2699 and (510) 452-3006

Attorneys for Defendants FORTY NINERS FOOTBALL
COMPANY LLC, FORTY NINERS SC STADIUM
COMPANY LLC, FORTY NINERS STADIUM
MANAGEMENT COMPANY LLC, CITY OF SANTA
CLARA and SANTA CLARA STADIUM AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDUL NEVAREZ, PRISCILLA NEVAREZ, and SEBASTIAN DEFRANCESCO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORTY NINERS FOOTBALL COMPANY, LLC, a Delaware limited liability company; FORTY NINERS SC STADIUM COMPANY, LLC, a Delaware limited liability company; NATIONAL FOOTBALL LEAGUE; CITY OF SANTA CLARA; SANTA CLARA STADIUM AUTHORITY; TICKETMASTER ENTERTAINMENT, INC.; FORTY NINERS STADIUM MANAGEMENT COMPANY LLC; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 4:16-cv-07013-HSG<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR INJUNCTIVE RELIEF FOR CITY OF SANTA CLARA PEDESTRIAN RIGHTS OF WAY REMEDIATION** |

/ / /

/ / /

**THIS STIPULATION** is hereby entered into by and between Plaintiffs Abdul Nevarez, Priscilla Nevarez, and Plaintiff Sebastian DeFrancesco on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), and Defendants Forty Niners Football Company LLC, Forty Niners SC Stadium Company LLC, Forty Niners Stadium Management Company LLC (collectively, the "Forty Niners"), the City of Santa Clara, and the Santa Clara Stadium Authority (collectively, "Santa Clara," and with Plaintiffs and the Forty Niners, the "Parties"), by and through their respective counsel of record, as follows:

**WHEREAS**, on July 23, 2020, this Court issued an order granting final approval of the settlement in this case [ECF 416] in which the Court directed the parties to implement the settlement according to its terms and provisions;

**WHEREAS**, the settlement agreement [ECF 375-2] specifies certain injunctive relief to be undertaken by the Defendants in connection with remediation of alleged access barriers at Levi's Stadium, its parking lots, and certain pedestrian rights of way;

**WHEREAS**, the COVID-19 pandemic has had a significant impact on all aspects of normal business across all spectrums, including construction, material sourcing, public entity planning and review, and employee absenteeism, and other construction and permitting challenges arose;

**WHEREAS**, Santa Clara has not previously requested an extension of time to perform remediation in the pedestrian rights of way; and

**WHEREAS**, prior to entering into this stipulation, Santa Clara and Plaintiffs' counsel met and conferred regarding this requested extension, and the parties agreed that Plaintiffs will not agree to a further extension and Santa Clara does not expect to request an additional extension.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

Subject to the Court's approval, the Parties agree the deadline related to remediation work to be performed by Santa Clara in the pedestrian rights of way as identified on Exhibit I [ECF 375-14] is extended to January 24, 2024.

**IT IS SO STIPULATED.**

Dated: May 30, 2023                 Respectfully submitted,

PEIFFER WOLF CARR KANE & CONWAY

*/s/ Catherine M. Cabalo*

Catherine M. Cabalo
Attorneys for Plaintiffs and the Certified Classes

Dated: May 30, 2023                 RANKIN, SHUEY, RANUCCI, MINTZ,
                                    LAMPASONA & REYNOLDS

*/s/ Maria M. Lampasona*

Maria M. Lampasona
Attorneys for Defendants
FORTY NINERS FOOTBALL COMPANY LLC,
FORTY NINERS SC STADIUM COMPANY LLC,
FORTY NINERS STADIUM MANAGEMENT
COMPANY LLC CITY OF SANTA CLARA,
SANTA CLARA STADIUM AUTHORITY

## SIGNATURE ATTESTATION

The e-filing attorney hereby attests that concurrence in the content of the document and authorization to file the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-file document.

Dated: May 30, 2023                                 */s/ Maria Lampasona*

RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS
2030 Franklin Street, Sixth Floor
Oakland, CA 94612

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/5/2023

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS
2030 Franklin Street, Sixth Floor
Oakland, CA 94612

4

STIP & ORDER RE: INJUNCTIVE RELIEF
DEADLINES (CITY)
NO. 4:16-CV-07013-HSG