MARIA M. LAMPASONA, SBN 259675
lampasona@rankinlaw.com
DAMON M. THURSTON, SBN 186861
thurston@rankinlaw.com
RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14th Street, Suite 650
Oakland, CA 94612
Telephone Number: (510) 433-2600
Facsimile Numbers: (510) 433-2699 and (510) 452-3006

Attorneys for Defendants FORTY NINERS FOOTBALL COMPANY LLC, FORTY NINERS SC STADIUM COMPANY LLC, FORTY NINERS STADIUM MANAGEMENT COMPANY LLC, CITY OF SANTA CLARA and SANTA CLARA STADIUM AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDUL NEVAREZ, PRISCILLA NEVAREZ, and SEBASTIAN DEFRANCESCO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORTY NINERS FOOTBALL COMPANY, LLC, a Delaware limited liability company; FORTY NINERS SC STADIUM COMPANY, LLC, a Delaware limited liability company; NATIONAL FOOTBALL LEAGUE; CITY OF SANTA CLARA; SANTA CLARA STADIUM AUTHORITY; TICKETMASTER ENTERTAINMENT, INC.; FORTY NINERS STADIUM MANAGEMENT COMPANY LLC; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 4:16-cv-07013-HSG<br><br>**STIPULATION AND ORDER REGARDING MISSION COLLEGE BLVD. REMEDIATION, SETTLEMENT AGREEMENT EXHIBIT I** |

///

///

**THIS STIPULATION** is hereby entered into by and between Plaintiffs Abdul Nevarez, Priscilla Nevarez, and Sebastian DeFrancesco on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), and Defendants Forty Niners Football Company LLC, Forty Niners SC Stadium Company LLC, Forty Niners Stadium Management Company LLC (collectively, the "Forty Niners"), the City of Santa Clara, and the Santa Clara Stadium Authority (collectively, "Santa Clara," and with Plaintiffs and the Forty Niners, the "Parties"), by and through their respective counsel of record, as follows:

**WHEREAS**, pursuant to Section III(4)(b) of the Settlement Agreement, the Santa Clara Defendants shall remediate all Conditions identified in Exhibit I of the Settlement Agreement pursuant to the remedial measures set forth therein;

**WHEREAS**, through the design process, the Santa Clara Defendants identified certain locations on Mission College Blvd. identified in Exhibit I of the Settlement Agreement that the Santa Clara Defendants do not own or control;

**WHEREAS**, these certain locations are identified in Exhibit 1 attached hereto, and consist of the following location ID numbers (as listed on Exhibit I of the Settlement Agreement): 492, 493, 494, 495, 496, 497, 498, 499, 500, 501, 516, 517, 518, 519, 520, and 521; and

**WHEREAS,** the Santa Clara Defendants do not have authority to remediate any Conditions in these locations because the Santa Clara Defendants do not own or control the locations;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

Subject to the Court's approval, the Parties agree that the following location ID numbers are hereby removed from the Exhibit I list of locations the Santa Clara Defendants are required to remediate pursuant to the Settlement Agreement: 492, 493, 494, 495, 496, 497, 498, 499, 500, 501, 516, 517, 518, 519, 520, and 521. The Forty Niners and Santa Clara Defendants shall not designate any accessible parking in the parking lots adjacent to these locations for events at Levi's Stadium.

**IT IS SO STIPULATED.**

Dated: August 4, 2023                    Respectfully submitted,

                                         PEIFFER WOLF CARR KANE & CONWAY

                                         */s/ Catherine M. Cabalo*
                                         Catherine M. Cabalo
                                         Attorneys for Plaintiffs and the Certified Classes

Dated: August 4, 2023                    RANKIN, SHUEY, RANUCCI, MINTZ,
                                         LAMPASONA & REYNOLDS

                                         */s/ Maria M. Lampasona*
                                         Maria M. Lampasona
                                         Attorneys for Defendants
                                         FORTY NINERS FOOTBALL COMPANY LLC,
                                         FORTY NINERS SC STADIUM COMPANY LLC,
                                         FORTY NINERS STADIUM MANAGEMENT
                                         COMPANY LLC CITY OF SANTA CLARA,
                                         SANTA CLARA STADIUM AUTHORITY

## SIGNATURE ATTESTATION

The e-filing attorney hereby attests that concurrence in the content of the document and authorization to file the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-file document.

Dated: August 4, 2023                           */s/ Maria Lampasona*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/4/2023

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

# Exhibit A









Case 4:16-cv-07013-HSG   Document 485   Filed 08/04/23   Page 10 of 11



VAGUE PATH OF TRAVEL, EXHIBIT-H AND EXHIBIT-I, PUBLIC RIGHT-OF-WAY BARRIERS — LEVI'S STADIUM ACCESSIBILITY ASSESMENT, SANTA CLARA, CALIFORNIA — SHEET 33 OF 34

