MARIA M. LAMPASONA, SBN 259675
lampasona@rankinlaw.com
RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14th Street, Suite 650
Oakland, CA  94612
Telephone Number:  (510) 433-2600
Facsimile Numbers:  (510) 433-2699 and (510) 452-3006

Attorneys for Defendants FORTY NINERS FOOTBALL
COMPANY LLC, FORTY NINERS SC STADIUM
COMPANY LLC, FORTY NINERS STADIUM
MANAGEMENT COMPANY LLC, CITY OF SANTA
CLARA and SANTA CLARA STADIUM AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ABDUL NEVAREZ, PRISCILLA NEVAREZ, and SEBASTIAN DEFRANCESCO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORTY NINERS FOOTBALL COMPANY, LLC, a Delaware limited liability company; FORTY NINERS SC STADIUM COMPANY, LLC, a Delaware limited liability company; NATIONAL FOOTBALL LEAGUE; CITY OF SANTA CLARA; SANTA CLARA STADIUM AUTHORITY; TICKETMASTER ENTERTAINMENT, INC.; FORTY NINERS STADIUM MANAGEMENT COMPANY LLC; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 4:16-cv-07013-HSG<br><br>**STIPULATION AND ORDER ADVANCING HEARING DATE ON DEFENDANTS' MOTION TO MODIFY THE SETTLEMENT ORDER FOR AN EXTENSION OF TIME FOR THE CITY OF SANTA CLARA PEDESTRIAN RIGHTS OF WAY REMEDIATION**<br><br>Date: December 14, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br>Judge: Hon. Haywood S. Gillam, Jr. |

**THIS STIPULATION** is hereby entered into by and between Plaintiffs Abdul Nevarez,

Priscilla Nevarez, and Plaintiff Sebastian DeFrancesco on behalf of themselves and all others

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14TH Street, Suite 650
Oakland, CA  94612

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14TH Street, Suite 650
Oakland, CA 94612

1  similarly situated (collectively, "Plaintiffs"), and Defendants the City of Santa Clara and the

2  Santa Clara Stadium Authority (collectively, "Santa Clara"), by and through their respective

3  counsel of record, as follows:

4  **WHEREAS**, Santa Clara's Motion to Modify the Settlement Order for an Extension of

5  Time for the City of Santa Clara Pedestrian Rights of Way Remediation (ECF No. 487) is

6  currently set for December 14, 2023, and

7  **WHEREAS,** the relief requested therein is an extension of time for the deadline to

8  remediate certain specific conditions in the Pedestrian Right of Way (the "subject conditions")

9  from January 23, 2024 to December 31, 2025, and

10  **WHEREAS**, Santa Clara respectfully requests that the Court advance the hearing date for

11  the motion because the current hearing date of December 14, 2023's proximity to the current

12  remediation deadline of January 23, 2024 means Santa Clara would have to immediately expend

13  resources related to the remediation of the subject conditions that would prove unnecessary

14  should the Court grant the motion, and

15  **WHEREAS**, Plaintiffs will oppose the motion but will stipulate to an earlier hearing date

16  of November 16, 2023,

17  **NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

18  1.  Defendants' Motion to Modify the Settlement Order for an Extension of Time for

19  the City of Santa Clara Pedestrian Rights of Way Remediation, currently set for December 14,

20  2023, shall be advanced to **November 16, 2023 at 2pm.**

21  **IT IS SO STIPULATED.**

22

23  Dated: September 29, 2023     Respectfully submitted,

24                                GOLDSTEIN, BORGEN, DARDARIAN & HO

25                                */s/ Andrew P. Lee*
                                 Andrew P. Lee
26                                Attorneys for Plaintiffs and the Certified Classes

27

28

1

2   Dated: September 29, 2023          RANKIN, SHUEY, RANUCCI, MINTZ,
                                       LAMPASONA & REYNOLDS
3

4                                      */s/ Maria Lampasona*
                                       Maria M. Lampasona
5                                      Attorneys for Defendants
                                       CITY OF SANTA CLARA, SANTA CLARA
6                                      STADIUM AUTHORITY

7

8              **SIGNATURE ATTESTATION**

9          The e-filing attorney hereby attests that concurrence in the content of the document and

10   authorization to file the document has been obtained from each of the other signatories indicated

11   by a conformed signature (/s/) within this e-file document.

12    Dated:  September 29, 2023                    */s/ Maria Lampasona*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & ORDER RE: ADVANCE
HEARING ON MOTION
NO. 4:16-CV-07013-HSG

**RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER**
475 14TH Street, Suite 650
Oakland, CA 94612

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated: _____9/29/2023_____

     Hon. Haywood S. Gilliam, Jr.
4    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER**
475 14TH Street, Suite 650
Oakland, CA  94612

STIP & ORDER RE: ADVANCE
HEARING ON MOTION
NO. 4:16-CV-07013-HSG