MARIA M. LAMPASONA, SBN 259675
lampasona@rankinlaw.com
RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14th Street, Suite 650
Oakland, CA  94612
Telephone Number:  (510) 433-2600
Facsimile Numbers:  (510) 433-2699 and (510) 452-3006

Attorneys for Defendants FORTY NINERS FOOTBALL COMPANY LLC, FORTY NINERS SC STADIUM COMPANY LLC, FORTY NINERS STADIUM MANAGEMENT COMPANY LLC, CITY OF SANTA CLARA and SANTA CLARA STADIUM AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ABDUL NEVAREZ, PRISCILLA NEVAREZ, and SEBASTIAN DEFRANCESCO, on behalf of themselves and all others similarly situated,<br><br>                   Plaintiffs,<br><br>        v.<br><br>FORTY NINERS FOOTBALL COMPANY, LLC, a Delaware limited liability company; FORTY NINERS SC STADIUM COMPANY, LLC, a Delaware limited liability company; NATIONAL FOOTBALL LEAGUE; CITY OF SANTA CLARA; SANTA CLARA STADIUM AUTHORITY; TICKETMASTER ENTERTAINMENT, INC.; FORTY NINERS STADIUM MANAGEMENT COMPANY LLC; and DOES 1-10, Inclusive,<br><br>                   Defendants. | Case No. 4:16-cv-07013-HSG<br><br>**STIPULATION AND ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Date: October 29, 2024<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br>Judge: Hon. Haywood S. Gillam, Jr. |

**THIS STIPULATION** is hereby entered into by and between Plaintiffs Abdul Nevarez, Priscilla Nevarez, and Plaintiff Sebastian DeFrancesco on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), and Defendants the City of Santa Clara and Santa Clara Stadium Authority (collectively, "The City"), by and through their respective counsel of record, as follows:

**WHEREAS**, the parties have been working diligently to negotiate the class and finally resolve all issues presented by Plaintiffs' enforcement motion;

**WHEREAS**, there was a delay in the parties' negotiations due to a death in the family of lead defense counsel, which required her to take personal leave from September 30, 2024 through October 21, 2024;

**WHEREAS**, counsel have resumed speaking about the matter since lead defense counsel returned from leave, with the most recent conversation occurring on October 28, 2024, and counsel have agreed to further evaluate the other party's positions with the hope that the parties will be able to resolve the matter through further negotiation,

**NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

The Case Management Conference, currently set for October 29, 2024, shall be advanced to November 5, 2024 or the next available date at the convenience of the Court.

**IT IS SO STIPULATED.**

Dated: October 28, 2024                    Respectfully submitted,

                                           GOLDSTEIN, BORGEN, DARDARIAN & HO

                                           */s/ Linda M. Dardarian*
                                           Linda M. Dardarian
                                           Attorneys for Plaintiffs and the Certified Classes

Dated: October 28, 2024

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER

*/s/ Maria Lampasona*
Maria M. Lampasona
Attorneys for Defendants
CITY OF SANTA CLARA, SANTA CLARA STADIUM AUTHORITY

## SIGNATURE ATTESTATION

The e-filing attorney hereby attests that concurrence in the content of the document and authorization to file the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-file document.

Dated:  October 28, 2024                                                */s/ Maria Lampasona*

**RANKIN, SHUEY, MINTZ, LAMPASONA & HARPER**
475 14TH Street, Suite 650
Oakland, CA 94612

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/28/2024

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

**RANKIN, SHUEY, MINTZ, LAMPASONA & HARPER**
475 14TH Street, Suite 650
Oakland, CA 94612

4

STIP & ORDER RE:
CONTINUING CMC
NO. 4:16-CV-07013-HSG