|   |   |
|---|---|
| 1 | MARIA M. LAMPASONA, SBN 259675 |
|   | lampasona@rankinlaw.com |
| 2 | NIMA B. AMINIAN, SBN 340618 |
|   | aminian@rankinlaw.com |
| 3 | RANKIN, SHUEY, MINTZ, |
|   | LAMPASONA & HARPER |
| 4 | 475 14th Street, Suite 650 |
|   | Oakland, CA  94612 |
| 5 | Telephone Number:  (510) 433-2600 |
|   | Facsimile Numbers:  (510) 433-2699 and (510) 452-3006 |

Attorneys for Defendants FORTY NINERS FOOTBALL COMPANY LLC, FORTY NINERS SC STADIUM COMPANY LLC, FORTY NINERS STADIUM MANAGEMENT COMPANY LLC, CITY OF SANTA CLARA and SANTA CLARA STADIUM AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ABDUL NEVAREZ, PRISCILLA NEVAREZ, and SEBASTIAN DEFRANCESCO, on behalf of themselves and all others similarly situated, | Case No. 4:16-cv-07013-HSG |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR INJUNCTIVE RELIEF STADIUM REMEDIATION DEADLINES** |
| v. |   |
| FORTY NINERS FOOTBALL COMPANY, LLC, a Delaware limited liability company; FORTY NINERS SC STADIUM COMPANY, LLC, a Delaware limited liability company; NATIONAL FOOTBALL LEAGUE; CITY OF SANTA CLARA; SANTA CLARA STADIUM AUTHORITY; TICKETMASTER ENTERTAINMENT, INC.; FORTY NINERS STADIUM MANAGEMENT COMPANY LLC; and DOES 1-10, Inclusive, |   |
| Defendants. |   |

**THIS STIPULATION** is hereby entered into by and between Plaintiffs Abdul Nevarez, Priscilla Nevarez, and Plaintiff Sebastian DeFrancesco on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), and Defendants Forty Niners Football Company LLC, Forty Niners SC Stadium Company LLC, Forty Niners Stadium Management Company LLC (collectively, the "Forty Niners"), the City of Santa Clara, and the Santa Clara Stadium Authority (collectively, "Santa Clara," and with Plaintiffs and the Forty Niners, the "Parties"), by and through their respective counsel of record, as follows:

**WHEREAS**, on July 23, 2020, this Court issued an order granting final approval of the settlement in this case [ECF 416] in which the Court directed the Parties to implement the settlement according to its terms and provisions;

**WHEREAS**, the Settlement Agreement [ECF 375-2] specifies certain injunctive relief to be undertaken by the Defendants in connection with remediation of alleged access barriers at Levi's Stadium, its parking lots, and certain pedestrian rights of way;

**WHEREAS**, at the time the Parties negotiated the settlement, the Forty Niners agreed to the original remediation schedule as it related to construction-related remediation efforts at Levi's Stadium and its adjacent parking lot based, in part, on the Forty Niners' expectation that Defendants could meet the deadlines therein by performing the majority of the stadium remediation work in the first half of each year leading up to the end of the compliance period and avoid performing construction during the second half of each year that could interfere with access to events at the stadium (e.g., reconstructing the parking lot where all accessible parking is located, remediating slopes in multiple bowl seating areas, reconstructing bars throughout the stadium, etc.);

**WHEREAS**, previously the COVID-19 pandemic has had a significant impact on all aspects of normal business across all spectrums, including construction, material sourcing, public entity planning and review, and employee absenteeism, and other construction and permitting challenges arose, resulting in the Forty Niners' requesting an extension of time to complete the remediation, to which Plaintiffs stipulated, and the Court granted [ECF 439];

**WHEREAS**, the Forty Niners have remediated approximately 97% of all items identified in the Settlement Agreement, however, there are ten items that may not be completed by this date and the Parties agree that it is more productive to stipulate to a short extension than to engage in motion practice regarding enforcement of the current deadlines;

**WHEREAS**, the parties have been actively meeting and conferring on all issues related to the settlement, have participated in quarterly meetings to discuss remediation progress, and have been overall cooperative in reaching their shared goal of completing the remediation;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

Subject to the Court's approval, the Parties agree to extend the deadlines related to the following remediation work to be performed at Levi's Stadium from October 23, 2025 to December 31, 2025:

1. Suite Seating (Configuration of the Accessible Seating Location / Glass Partition)
2. Upper level vomitory handrails identified by Certified Access Specialist (CASp) consultant Gary Waters
3. Restroom near Team Store
4. Directional Signs at Gates A, C, & F
5. Accessible Condiment Stations fixed or replaced
6. Bud Light Bar South End of the 7th Level Concourse - signage
7. United Club – signage, staffing of accessible order counter
8. SAP Tower Level 4 Bars – accessible order counter and signage
9. SAP Tower Level 4 – Drink Rails addition of end panels
10. SAP Tower Level 6 – signage

**IT IS SO STIPULATED.**

Dated: October 23, 2025                    Respectfully submitted,

DARDARIAN HO KAN & LEE

*/s/ Linda M. Dardarian*

Linda M. Dardarian

|   |   |
|---|---|
| | Attorneys for Plaintiffs and the Certified Classes |
| Dated: October 23, 2025 | RANKIN, SHUEY, MINTZ, LAMPASONA & HARPER |
| | */s/ Maria M. Lampasona* |
| | Maria M. Lampasona |
| | Attorneys for Defendants FORTY NINERS FOOTBALL COMPANY LLC, FORTY NINERS SC STADIUM COMPANY LLC, FORTY NINERS STADIUM MANAGEMENT COMPANY LLC CITY OF SANTA CLARA, SANTA CLARA STADIUM AUTHORITY |

### SIGNATURE ATTESTATION

The e-filing attorney hereby attests that concurrence in the content of the document and authorization to file the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-file document.

Dated: October 23, 2025                              */s/ Maria Lampasona*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/24/2025

Hon. Haywood S. Gilliam, Jr.
United States District Judge

RANKIN, SHUEY, MINTZ, LAMPASONA & HARPER
475 14th Street, Suite 650
Oakland, CA 94612